In the Matter of THE NEWSPAPER P. M., INC., et al., Appellants; EDWARD CORSI, as Industrial Commissioner of the State of New York, Respondent.

Argued May 23, 1949; decided June 3, 1949.

*Samuel J. Silverman* and *Samuel W. Weiss* for appellants.

*Nathaniel L. Goldstein, Attorney-General* (*Francis R. Curran* and *Wendell P. Brown* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.